No. 8930. ELIZABETH SHUPAK, Administratrix of the Estate of Mary Shupak, Deceased, PLAINTIFF AND RESPONDENT v. MARGARET GRUEL, ET AL., DEFENDANTS AND APPELLANTS. Decided March 13, 1950.

*Messrs. Burke* and *Hibbs,* Billings, and *Mr. J. H. McAlear,* Red Lodge for Appellant. *Messrs. Schiltz* and *Sheehy* of Billings, for Respondent.

Per Curiam.

On stipulation of counsel for appellants and counsel for respondent, it is ordered that the appeal herein be, and it is dismissed, the respective parties to pay their own costs.